**Dismissed and Memorandum Opinion filed December 18, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00538-CV

### CHRISTOPHER TODD WHITEHEAD, Appellant

### V.

### CLIFFORD WAYNE SWALLOW, Appellee

**On Appeal from the 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 22,972**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 22, 2012. The clerk's record was filed June 26, 2012. Appellant filed a civil docketing statement reflecting that no reporter's record was taken in this case. Appellant's brief was due July 26, 2012, but it was not filed. *See* Tex. R. App. P. 38.6(a). The time to file the brief was extended to September 17, 2012, when a supplemental clerk's record was filed on August 17, 2012. Appellant did not file a brief or a motion to extend time to file his brief.

On October 25, 2012, this court issued an order stating that unless appellant filed a brief within fifteen days of the date of the order, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.